IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Adan Heliberto Carcamo Juares, et al., | § § § § | |
| Plaintiffs | § § | |
| v. | § § | NO. 5:22-CV-261-XR |
| GEO Group, Inc., | § § | |
| Defendant. | § § § | |

**ORDER**

Before the Court is the Plaintiffs' Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(2), filed March 5, 2025 (Dkt. 75).

Plaintiffs hereby voluntarily dismiss with prejudice the above-captioned action pursuant to Federal Rules of Civil Procedure 41(a)(2).

Accordingly, the Court **GRANTS** the Notice of Voluntary Dismissal Pursuant to 41(a)(2) (Dkt. 75) and will enter a Final Judgment in a separate order.

**SIGNED** on March 28, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

1