IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ADAN HILIBERTO CARCAMO JUARES, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF ORLAN ARIEL CARCAMO NAVARRO; AND KEIDY PATRICIA CARCAMO NAVARRO, ON BEHALF OF MINOR CHILD C.A.C.B.; *Plaintiffs* <br><br> -vs- <br><br> GEO GROUP, INC., <br> *Defendant* | § § § § § § § § § § § § § § | SA-22-CV-00261-XR |

## **FINAL JUDGMENT**

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered.

On March 5, 2025, a settlement hearing was conducted wherein the Court considered the settlement agreement, the report of the guardian ad litem, the positions of the parties, and the overall best interests of C.A.C.B. and M.E.C.B. At the conclusion of that hearing, the Court determined that the settlement agreement is in the best interests of C.A.C.B. and M.E.C.B. See ECF No. 76. As such, the Court approved the settlement hearing. After the settlement hearing, the Plaintiffs filed a voluntary dismissal of all claims. ECF No. 75. It is now hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

All claims are **DISMISSED WITH PREJUDICE**.

The Clerk is **DIRECTED** to close this case.

It is so **ORDERED**.

**SIGNED** this 28th day of March, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE